## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## JUDGE WILEY Y. DANIEL

_____

Date:              March 6, 2008              Prob./Pret.:    N/A
Courtroom Deputy:   Robert R. Keech           Interpreter:    N/A
Court Reporter/ECR: Kara Spitler

_____

Criminal Case No. **01-cr-00214-WYD**          Counsel:

UNITED STATES OF AMERICA,                      Linda A. McMahan

          Plaintiff,

v.

**24. DWAYNE VANDYKE**,                        Philip A. Cherner

          Defendant.

_____


### COURTROOM MINUTES
_____


**HEARING ON GOVERNMENT'S MOTION FOR SENTENCE REDUCTION UNDER F.R.Cr.P. 35(b)**

**3:22 p.m.**      Court in Session - Defendant present (in-custody)

          APPEARANCES OF COUNSEL.

          Court's opening remarks.

          Government's Motion for Further Sentencing Reduction Pursuant to Rule 35(b), Federal Rules of Criminal Procedure (#3508 - 10/5/07) is raised for argument.

3:23 p.m.      Argument by Government (Ms. McMahan).

3:26 p.m.      Argument by Defendant (Mr. Cherner).

3:33 p.m.        Argument by Government (Ms. McMahan).

3:34 p.m.        Argument by Defendant (Mr. Cherner).

3:34 p.m.        Statement by Defendant on his own behalf (Mr. Van Dyke).

3:39 p.m.        Argument by Defendant (Mr. Cherner).

3:44 p.m.        Argument by Government (Ms. McMahan).

                        Court makes findings.

**ORDERED:**    Defendant shall file any additional motions not later than **Friday, April 4, 2008.**

**ORDERED:**    Government shall respond to the motion not later than **Friday, April 18, 2008.**

**ORDERED:**    Government's Motion for Further Sentencing Reduction Pursuant to Rule 35(b), Federal Rules of Criminal Procedure (#3508 - 10/5/07) is **DEFERRED.**

**ORDERED:**    This hearing is **CONTINUED** to **Friday, May 30, 2008, at 3:00 p.m.**

**3:59 p.m.**    Court in Recess - HEARING CONTINUED

**TOTAL TIME:  0:37**