# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### JUDGE WILEY Y. DANIEL

---

Date:               May 30, 2008            Prob./Pret.:   Dee A. Clark
Courtroom Deputy:   Robert R. Keech         Interpreter:   N/A
Court Reporter/ECR: Kara Spitler

---

Criminal Case No. **01-cr-00214-WYD**          Counsel:

UNITED STATES OF AMERICA,                      Guy Till

      Plaintiff,

v.

**24. DWAYNE VANDYKE**,                        Philip A. Cherner

      Defendant.

---

## COURTROOM MINUTES

---

**CONTINUATION OF HEARING ON GOVERNMENT'S MOTION FOR SENTENCE REDUCTION UNDER F.R.Cr.P. 35(b) - continued from March 6, 2008**

**3:11 p.m.**      Court in Session - Defendant present (in-custody)

        APPEARANCES OF COUNSEL.

        Court's opening remarks.

        Government's Motion for Further Sentencing Reduction Pursuant to Rule 35(b), Federal Rules of Criminal Procedure (#3508 - 10/5/07) is raised for argument.

3:11 p.m.      Argument by Government (Mr. Till).

3:14 p.m.      Argument by Defendant (Mr. Cherner).

3:15 p.m.       Statement by Defendant on his own behalf (Mr. Van Dyke).

                Court makes findings.

**ORDERED:**    Joint Motion for Resolution of Rule 35(b) Motion (#3598 - 5/23/08) is **GRANTED.**

**ORDERED:**    Government's Motion for Further Sentencing Reduction Pursuant to Rule 35(b), Federal Rules of Criminal Procedure (#3508 - 10/5/07) is **GRANTED.**

**ORDERED:**    Probation shall file a revised judgment.

**3:18 p.m.**   Court in Recess - HEARING CONCLUDED

**TOTAL TIME:  0:07**